**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 09-6869**

———————

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

        v.

MELVIN QUICK,

              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.   Frank D. Whitney,
District Judge.  (3:96-cr-00134-FDW-6)

———————

Submitted: March 8, 2011            Decided:  March 21, 2011

———————

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Melvin Quick, Appellant Pro Se.   Amy Elizabeth Ray, Assistant
United States Attorney, Asheville, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin Quick appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Quick, No. 3:96-cr-00134-FDW-6 (W.D.N.C. Apr. 24, 2009). We deny Quick's pending motion to compel the district court to rule on his § 3582(c)(2) motion and his motion for transfer to a handicapped accessible facility. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED